UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GAREY E. LINDSAY, on
behalf of the NATIONAL LABOR
RELATIONS BOARD,

    Plaintiff,

    v.

BRUNER CORPORATION,

    Defendant.

Case No.: 2:15-mc-00061
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah McCann King

## ORDER

On November 30, 2015, Applicant filed with this Court an Application for Order Requiring Obedience to Subpoena Duces Tecum. Application has not advised the Court that Respondent, Bruner Corporation complied with the subpoena. Accordingly, the Board's motion to withdraw its Application Requiring Obedience To Subpoena Duces Tecum is **GRANTED** and this matter is **DISMISSED without prejudice**.

IT IS SO ORDERED.

\_\_1-29-2016_____
DATE

_____
EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE